UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LINDA D. CRAWFORD,

        Plaintiff,

    -against-

FRANKLIN CREDIT MANAGEMENT
CORPORATION, TRIBECA LENDING
CORPORATION, LENDERS FIRST CHOICE
AGENCY, INC.,

        Defendants

No. 08 CV 6293
(Keenan, J.)
(Mass, M.J.)

**STIPULATION EXTENDING TIME
TO ANSWER COMPLAINT**

        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the respective parties that:

        1.    The time of defendants Franklin Credit Management Corporation and Tribeca Lending Corporation to serve their Answer to Plaintiff's Amended Complaint is hereby extended to September 30, 2008 from the original date of August 5, 2008.

        2.    Defense of lack of personal jurisdiction is waived by said defendants.

        3.    Electronic or facsimile copy of this Stipulation shall be deemed as an original Stipulation for filing with the Court.

   4.  No previous request for an extension of time to answer has been made by said defendants.

Dated: New York, New York
   August 15, 2008

CONSENTED AND AGREED

CHITTUR & ASSOCIATES, P.C.

By *Krishnan Chittur /A.C.*
 Krishnan Chittur, Esq. (KC9258)
Attorneys Plaintiff
286 Madison Avenue, Suite 1100
New York, New York 10017
(212) 370-0447


BELKIN BURDEN WENIG & GOLDMAN, LLP

By *[signature]*
 William M. Rifkin, Esq. (WMR 3170)
Attorneys for Defendants -
 Franklin Credit Management Corporation and
Tribeca Lending Corporation
270 Madison Avenue
New York, New York 10016
(212) 867-4466


Dated: New York, New York
  ~~August~~ 15, 2008
  September 2,

SO ORDERED

*John F. Keenan*

-2-