USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA D. CRAWFORD,                              :

                Plaintiff,          :     **ORDER**

   - against -                                       :     08 Civ. 6293 (JFK)(FM)

FRANKLIN CREDIT MANAGEMENT    :
CORPORATION, et al.,

                                         :

                Defendants.

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that:

       1.     By April 3, 2009:

              a.     defendants' counsel shall file an affidavit confirming that no documents created before the filing of this suit have been withheld on privilege grounds. Alternatively, if such withheld documents do exist, defendants' counsel shall itemize them on a schedule complying with Local Civil Rule 26(a)(2)(A) to be filed the same day;

              b.     defendants shall file an affidavit confirming that they have been unable to locate documents related to license applications and disciplinary proceedings despite the exercise of due diligence, and describing the scope of the search that was undertaken;

              c.     plaintiff shall produce for inspection, to the extent she has not objected, all documents responsive to the defendants' requests, and shall also produce her W-2 forms for the 2004-2008 period; and

    d. plaintiff may serve and file a motion regarding the deposition of defendants' Rule 30(b)(6) witness. If plaintiff so moves, defendants shall serve and file opposition papers by April 17, 2009, and plaintiff may serve and file her reply by April 24, 2009.

  2. A settlement conference shall be held on April 13, 2009, at 3 p.m., in Courtroom 20A of the United States Courthouse, 500 Pearl Street, New York, New York. My settlement procedures are attached.

  3. Plaintiff's deposition shall take place on or before April 17, 2009, and shall not exceed two and one-half hours, exclusive of breaks.

SO ORDERED.

Dated: New York, New York
   March 26, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. John F. Keenan
United States District Judge

Krishnan S. Chittur
Chittur & Associates, P.C.
Fax: (212) 370-0465

William M. Rifkin
Belkin Burden Wenig & Goldman, LLP
Fax: (212) 867-0709