UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA D. CRAWFORD,                              :

                Plaintiff,               :        **ORDER**

       - against -                               :        08 Civ. 6293 (JFK)(FM)

FRANKLIN CREDIT MANAGEMENT            :
CORPORATION, et al.,
                                                     :
                Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on November 6, 2009, at 10

a.m. Counsel for plaintiff should initiate the conference by calling Chambers at (212)

805-6727.

       SO ORDERED.

Dated:      New York, New York
              September 25, 2009

                                                        FRANK MAAS
                                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

Copies to:

Hon. John F. Keenan
United States District Judge

Krishnan S. Chittur
Chittur & Associates, P.C.
Fax: (212) 370-0465

William M. Rifkin
Belkin Burden Wenig & Goldman, LLP
Fax: (212) 867-0709